AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| TRANS COMMODITIES, INC. <br><br> *Plaintiff(s)* <br> v. <br> RASHID TEMIRBULATOVICH SARSENOV, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 19-cv-03874-GBD |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   SEE ATTACHED.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   KESTENBAUM, DANNENBERG & KLEIN, LLP
260 MADISON AVENUE, 17th FLOOR
NEW YORK, NY 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/06/2019                                                      /s/ D. Howie
                                                                       *Signature of Clerk or Deputy Clerk*

## Attachment to Summons

DEFENDANTS' NAMES AND ADDRESSES:

RASHID TEMIRBULATOVICH SARSENOV
5 Mitin Street, City of Almaty, Republic of Kazakhstan.

SOFIA TEMIRBULATOVNA SARSENOVA
39/23 Begalin Street, City of Almaty, Republic of Kazakhstan.

SERGEI ALIMOV
City of Almaty, Republic of Kazakhstan.

RAVIL SARATOV
City of Almaty, Republic of Kazakhstan.

VALIKHAN KOSHUMBAYEV
City of Almaty, Republic of Kazakhstan.

GULNARA SARBAGYSHEVNA
City of Almaty, Republic of Kazakhstan.

CASPIAN PROGRESSIVE TECHNOLOGY, LTD.
187A Nursultan Nazarbayev Avenue 050013, City of Almaty, Republic of Kazakhstan.

HELIOS LLP
69 Karasai Batyr Street 050000, City of Almaty, Republic of Kazakhstan.

AZS HELIOS LLC
69 Karasai Batyr Street 050000, City of Almaty, Republic of Kazakhstan.

JOINT STOCK COMPANY HELIOS
69 Karasai Batyr Street 050000, City of Almaty, Republic of Kazakhstan.