# KESTENBAUM, DANNENBERG & KLEIN, LLP
## ATTORNEYS AND COUNSELORS AT LAW
260 MADISON AVENUE – 17th FLOOR
NEW YORK, NEW YORK 10016
(212) 486-3370 • Fax (212) 486-3371
www.kdklaw.com

Jeffrey C. Dannenberg, Esq.
Member of NY and CT Bars
Email: jdannenberg@kdklaw.com

Connecticut Office:
55 Greens Farms Road
Westport, CT 06880
(203) 319-9600



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 12 2020

February [12, 2020]

**SO ORDERED**

The initial conference scheduled for February 18, 2020 is adjourned to May 26, 2020 at 9:30 a.m.

*[signature]* George B. Daniels
HON. GEORGE B. DANIELS

Honorable George B. Daniels
United States District Court, S.D.N.Y.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11A
New York, NY 10007

Re:  *Trans Commodities, Inc. v. Rashid Temirbulatovich Sarsenov, et al.*

S.D.N.Y. Case No. 19 Civ. 3874 (GBD)

Dear Judge Daniels:

I am the attorney for plaintiff in the above-referenced action, in which the Court has scheduled an Initial Pretrial Conference for February 18, 2020 at 9:30 am.

Although the plaintiff in this action is a New York corporation, the ten defendants are individuals and business entities all residing or based in the Republic of Kazakhstan. To date, service has not been made on any of the defendants (and, therefore, no appearance has been made by any opposing counsel), as a result of which it is respectfully suggested that an appearance before the Court on the scheduled Conference date would not be fruitful. We have previously requested an adjournment of the Initial Pretrial Conference largely because there had been ongoing efforts at communications between intermediaries for plaintiff and the principal defendant, Mr. Sarsenov, in order to resolve the entire dispute. Those efforts appear to have broken down, and we are now committed to making arrangements for service upon defendants.

Based upon the foregoing, it is respectfully requested that the date of the Initial Pretrial Conference be postponed for at least ninety (90) days in order to allow for service as prescribed in FRCP Rule 4(f) (it being noted that the 90-day limit for service under Rule 4(m) does not apply where, as here, each of the defendants resides and is located outside the U.S.).

Respectfully yours,

*Jeffrey C. Dannenberg*
Jeffrey C. Dannenberg