# KESTENBAUM, DANNENBERG & KLEIN, LLP

*ATTORNEYS AND COUNSELORS AT LAW*

260 MADISON AVENUE • 17th FLOOR
NEW YORK, NEW YORK 10016
(212) 486-3370 • Fax: (212) 486-3371
www.kdklaw.com

**Jeffrey C. Dannenberg, Esq.**
Member of NY and CT Bars
Email: *jdannenberg@kdklaw.com*

**Connecticut Office:**
55 Greens Farms Road
Westport, CT 06880
(203) 319-9600

January 4, 2021

Honorable George B. Daniels
United States District Court, S.D.N.Y.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11A
New York, NY 10007

Re: *Trans Commodities, Inc. v. Sarsenov*
S.D.N.Y. Case No. 19 Civ. 3874 (GBD)

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JAN 5, 2021

Dear Judge Daniels:

I am the attorney for plaintiff in the above-referenced action, in which the Court, by Order dated July 14, 2020, scheduled an Initial Conference for January 7, 2021 at 9:30 am.

Although plaintiff is a New York corporation, the ten defendants are individuals and business entities located in the Republic of Kazakhstan. To date, service has not been made on any of the defendants, and, there has been no appearance by any opposing counsel, as a result of which it is respectfully suggested that an appearance before the Court on the scheduled Conference date would not be fruitful. Although service on defendants has been complicated by the COVID crisis in Kazakhstan, we are committed to effecting service as soon as possible. I realize that we have requested prior adjournment of the Initial Conference and cannot continue to do so indefinitely, but we do wish to have the opportunity to litigate this matter following proper service.

Therefore, it is respectfully requested that the date of the Initial Conference be postponed for at least ninety (90) days in order to allow for service under FRCP Rule 4(f) (it being noted that the 90-day limit for service under Rule 4(m) does not apply where, as here, each of the defendants resides and is located outside the U.S.).

Respectfully yours,

*Jeffrey C. Dannenberg*

Jeffrey C. Dannenberg