UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

TRANS COMMODITIES, INC.,

                   Plaintiff,

    -against-

RASHID TEMIRBULATOVICH SARSENOV, SOFIA
TEMIRBULATOVNA SARSENOVA, SERGEI
ALIMOV, RAVIL SARATOV, VALIKHAN
KOSHUMBAYEV, GULNARA SARBAGYSHEVNA,
CASPIAN PROGRESSIVE TECHNOLOGY, LTD.,
HELIOS LLP, AZS HELIOS LLC, and JOINT STOCK
COMPANY HELIOS,

                   Defendants.

------------------------------------- x

ORDER

19 Civ. 3874 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within ninety (90) days of this Order.

Dated: October 5, 2022
       New York, New York

                                 SO ORDERED.

                                 *George B. Daniels*
                                 GEORGE B. DANIELS
                                 UNITED STATES DISTRICT JUDGE